[No. 43393-8-I.    Division One.    November 1, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. K.A.W., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-8-06528-5, Michael Trickey, J., entered September 9, 1998. *Affirmed* by unpublished opinion per Cox, J., concurred in by Webster and Appelwick, JJ.


[No. 17655-0-III.    Division Three.    November 2, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. TROYCE L. RUTLEDGE, *Appellant*.

Appeal from a judgment of the Superior Court for Lincoln County, No. 97-1-00051-1, Richard W. Miller, J., entered July 7, 1998. *Affirmed* by unpublished opinion per Kurtz, J., concurred in by Schultheis, C.J., and Brown, J.


[No. 17358-5-III.    Division Three.    November 2, 1999.]

ADVANCED RADON TECHNOLOGIES, INC., *Respondent*, v. WARREN J. RIDDLE, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Spokane County, No. 95-2-03651-6, Robert D. Austin, J., entered February 20, 1998. *Affirmed* by unpublished opinion per Brown, J., concurred in by Sweeney and Kato, JJ.


[No. 17845-5-III.    Division Three.    November 2, 1999.]

*In the Matter of the Personal Restraint of* RONALD JAY MAX KLUMP, *Petitioner*.

Petition for relief from personal restraint. *Granted* by unpublished per curiam opinion.